KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI CHOI (WVSBN 0722)
Acting Chief, Criminal Division

EDWARD TORPOCO (CSBN 200653)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7071
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 05-00363 WHA |
| | ) | |
|    Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER EXCLUDING TIME |
|    v. | ) | FROM SPEEDY TRIAL CALCULATION |
| | ) | |
| DONTAE ALLEN, | ) | |
| | ) | |
|    Defendant. | ) | |
| | ) | |

    With the agreement of the parties, the Court enters this Order excluding the time period from July 12, 2005, through August 2, 2005 under the Speedy Trial Act, 18 U.S.C. § 3161. The parties agree, and the Court finds and holds, as follows:

    1.    The Court held a status hearing in this case on July 12, 2005. At the hearing, defense counsel stated that he required additional time to review discovery and discuss the matter with his client. The Court excluded time based on the need for effective preparation of counsel and set a further status hearing date of August 2, 2005.

    2.    In light of the foregoing facts, the parties have stipulated and continue to stipulate that the failure to grant the requested continuance would unreasonably deny the Defendant effective preparation of counsel taking into account the exercise of due diligence, that the ends of justice would be served by the Court excluding the proposed time period, that these ends

1  outweigh the best interest of the public and the Defendant in a speedy trial, and that the time

2  period from July 12, 2005 through August 2, 2005 shall be excluded from the Speedy Trial Act

3  calculation.  18 U.S.C. § 3161(h)(8)(A), (B)(iv).

4          SO STIPULATED.

5

6  DATED:_July 14, 2005_____          ____/S/ DANIEL BLANK_____

7                                          DANIEL BLANK
                                           Attorney for Defendant Dontae Allen

8

9  DATED:_July 14, 2005_____          ___/S/ EDWARD TORPOCO_____

10                                         EDWARD TORPOCO
                                           Assistant United States Attorney

11         In light of the foregoing facts, and with the consent of the parties, the Court hereby orders

12  that the period from July 12, 2005 through August 2, 2005 be excluded from the Speedy Trial

13  Act calculation under 18 U.S.C. § 3161(h)(8)(A), B(iv).

14         PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16

17  DATED:___ July 18, 2005_____          _____
                                           HON. WILLIAM ALSUP

18                                         United States District Judge

19

20

21

22

23

24

25

26

27

28
STIPULATION AND ORDER
CR 05-00363 WHA                          2